**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2113**

MARILEIA PODAVIN,

                    Plaintiff - Appellant,

          v.

GREG COLLETT, District Director, U.S. Citizenship and
Immigration Services, Baltimore, Maryland; ALEJANDRO
MAYORKAS, Director, U.S. Citizenship and Immigration
Services, Washington, DC,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.
(8:07-cv-01898-DKC)

Submitted:  October 7, 2009          Decided:  October 21, 2009

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carl W. Hampe, Jennifer Ancona Semko, Eric J. Rahn, BAKER &
MCKENZIE, LLP, Washington, D.C., for Appellant. Michael F.
Hertz, Deputy Assistant Attorney General, Elizabeth J. Stevens,
Assistant Director, Gisela A. Westwater, OFFICE OF IMMIGRATION
LITIGATION, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marileia Podavin appeals the district court's order granting the defendants' motion to dismiss her complaint for declaratory and mandamus relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Podavin v. Caterisano, No. 8:07-cv-01898-DKC (D. Md. Aug. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED